**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MATTIE BRIGHT, as Guardian and next**                                 **PLAINTIFF**
**of kin for her daughter, Jane Doe**

**V.**                                                            **NO. 3:16-CV-197-DMB-RP**

**TUNICA COUNTY SCHOOL DISTRICT,**
**et al.**                                                                                            **DEFENDANTS**

## ORDER

On December 29, 2017, the defendants in this action filed an "Unopposed Motion to Dismiss Due to Agreement to Judgment of Dismissal with Prejudice by All Parties." Doc. #106. The motion represents that the parties have agreed to entry of an agreed judgment of dismissal with prejudice which is attached to the motion and asks the Court to dismiss all claims. Upon consideration, the motion to dismiss [106] is **GRANTED** and this action is **DISMISSED with prejudice**. A final judgment consistent with the parties' agreed judgment will be entered separately.

**SO ORDERED**, this 3rd day of January, 2018.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**