**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MATTIE BRIGHT, as Guardian and next**                                                                **PLAINTIFF**
**of kin for her daughter, Jane Doe**

**V.**                                                                          **NO. 3:16-CV-197-DMB-RP**

**TUNICA COUNTY SCHOOL DISTRICT,**
**et al.**                                                                                  **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the order entered this day, this action is **DISMISSED with prejudice**. This dismissal is agreed to by all parties and involves no admission of liability.

**SO ORDERED**, this 3rd day of January, 2018.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**